Decided March 23, 2017

| | | |
|---|---|---|
| Boolbol v Paradigm Mgt. Group, LLC | 1st Dept: 144 AD3d 577 | denied |
| Crawford, Matter of, v New York State Bd. of Parole | 3d Dept: 144 AD3d 1308 | denied* |
| Dominique VV., Matter of (Kelly VV.) | 3d Dept: 145 AD3d 1124 | denied |
| Donmez, Matter of, v New York City Dept. of Consumer Affairs | 1st Dept: 139 AD3d 595 | denied* |
| Gray, Matter of, v Annucci | 4th Dept: 144 AD3d 1613 | denied* |
| Jazmyne II., Matter of (Frank MM.) | 3d Dept: 144 AD3d 1459 | denied |
| Lundyn S., Matter of (Al-Rahim S.) | 4th Dept: 144 AD3d 1511 | denied |
| Monique Elizabeth J., Matter of, v Orlandro D. | 1st Dept: 145 AD3d 557 | denied* |
| Nadjmaah S.B., Matter of (Aleshia R.M.) | 2d Dept: 140 AD3d 1058 | denied* |
| Paar v Bay Crest Assn. | 2d Dept: 140 AD3d 1137 | denied |
| Parietti v Wal-Mart Stores, Inc. | 2d Dept: 140 AD3d 1039 | granted |
| People v Havens | 4th Dept: 144 AD3d 1632 | denied |
| Safford, Matter of, v Annucci | 3d Dept: 144 AD3d 1271 | denied* |
| State of New York, Matter of, v Scott P. | 4th Dept: 144 AD3d 1654 | denied* |
| Sullivan, Matter of, v Board of Zoning Appeals of City of Albany | 3d Dept: 144 AD3d 1480 | denied |
| Szalay v Town of Webster Police Dept. | 4th Dept: 144 AD3d 1603 | denied |
| Torres, Matter of, v Annucci | 3d Dept: 144 AD3d 1289 | denied |
| Velvia S., Matter of, v Carrie L. | 4th Dept: 144 AD3d 1511 | denied |

* Motion for poor person relief dismissed as academic or denied.